IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| KEVIN ARMANDO GOMEZ HERNANDEZ, § § § Petitioner, § § v. § § ICE FIELD OFFICE DIRECTOR, § EL PASO, TEXAS et al., § § Respondents. § | CAUSE NO. EP-26-CV-67-KC |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 23, 2026, the Court granted in part Kevin Armando Gomez Hernandez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 23, 2026, Order 5, ECF No. 14.

Respondents have now informed the Court that on February 26, 2026, an Immigration Judge ("IJ") ordered Gomez Hernandez released on a $3,000.00 bond. Status Report, ECF No. 17; *see id.* Ex. A ("IJ Order") at 1, ECF No. 17-1. And, as of March 2, Gomez Hernandez had not yet posted bond. Status Report.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Hallee Resp., ECF No. 8; Feb. 23, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Gomez Hernandez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 3rd day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE